FILED

12/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0346

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 19-0346

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAVID THOMAS WEISBARTH II,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 15, 2021, within which to prepare, file, and serve Appellant's reply brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 23 2020